IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS M. ZYLA,<br><br>  Plaintiff,<br><br> v.<br><br>AMERICAN RED CROSS BLOOD SERVICES, and DOES 1-10,<br><br>  Defendants. | Case No. C13-2464 EMC<br><br>[Honorable Edward M. Chen]<br><br>(PROPOSED) ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[Filed concurrently with Stipulation to Continue Case Management Conference]<br><br>Scheduled Date: September 5, 2013<br>Time: 9:00 a.m.<br>Courtroom: 5 |

Based upon the concurrently filed Stipulation to Continue the Case Management Conference, and finding good cause therefor, it is hereby ORDERED that:

1. The Case Management Conference scheduled for September 5, 2013 is continued to __9/19/13 at 9:00 a.m._____.

IT IS SO ORDERED.

Dated: ____7/22_____, 2013

**IT IS SO ORDERED AS MODIFIED**
/s/ Edward M. Chen
Judge Edward M. Chen

602403604.1

(PROPOSED) ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
C13-2464 EMC