# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS M. ZYLA, | Case No. C13-2464 EMC |
| Plaintiff, | [Honorable Edward M. Chen] |
| v. | (PROPOSED) ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE |
| AMERICAN RED CROSS BLOOD SERVICES, and DOES 1-10, | |
| Defendants. | [Filed concurrently with Stipulation to Continue Status Conference] |
| | Scheduled Date:   July 24, 2014<br>Time:                    10:30 a.m.<br>Courtroom:         5 |

Based upon the concurrently filed Stipulation to Continue the Status Conference, and finding good cause therefor, it is hereby ORDERED that:

1. The Case Management Conference scheduled for July 24, 2014 is ~~cancelled~~. ` is reset for 7/31/14 at 9:30 A.M.  A joint CMC statement shall be filed by 7/24/14.`

IT IS SO ORDERED.

Dated: ___7/21___, 2014

_____
Honorable Edward M. Chen
United States District Court Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

(PROPOSED) ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE
C13-2464 EMC