UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS M. ZYLA,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN RED CROSS BLOOD SERVICES,<br><br>        Defendant.<br>_____/ | No. C-13-2464 EMC<br><br>**ORDER VACATING ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM DISMISSAL**<br><br>**(Docket No. 55)** |

        The Court hereby **VACATES** its order on Plaintiff's motion for relief from dismissal that was taken under submission following the July 31, 2014 hearing. *See* Docket No. 55. As a courtesy to the parties, the Court will allow parties to submit a joint letter as to their choice of ADR by Friday, August 8, 2014. The Court will decide when to rule on Plaintiff's motion for relief from dismissal, Docket No. 40, upon review of the parties' joint letter.

        A further Case Management Conference is scheduled for August 28, 2014, at 10:30 a.m. A Joint CMC Statement shall be filed by August 21, 2014.

        IT IS SO ORDERED.

Dated: August 7, 2014

                                             _____
                                             EDWARD M. CHEN
                                             United States District Judge