# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS M. ZYLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN RED CROSS BLOOD SERVICES, and DOES 1-10,<br><br>　　　　Defendants. | Case No. C13-2464 EMC<br><br>[Honorable Edward M. Chen]<br><br>(PROPOSED) ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>[Filed concurrently with Stipulation to Dismiss Entire Action]<br><br>Action Filed:　　April 29, 2013<br>Action Removed:　May 31, 2013 |

Based upon the concurrently filed Stipulation to Dismiss Entire Action with Prejudice, and finding good cause therefor, it is hereby ORDERED that:

1. The entire action is hereby dismissed, with prejudice.

IT IS SO ORDERED.

Dated: December 12, 2014

_____
Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

(PROPOSED) ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE
C13-2464 EMC